AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

JASMINE S. KINNISON,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-186-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Commissioner's decision must be and is affirmed. Plaintiff's Motion for Summary Judgment (ECF No. 18) is DENIED.  Defendant's Motion for Summary Judgment (ECF No. 20) is GRANTED.  The Complaint and the claims therein are dismissed with prejudice.

December 26, 2012       JAMES R. LARSEN
*Date*      *Clerk*

    s/ Cheryl Switzer
    *(By) Deputy Clerk*
    Cheryl Switzer